**Entered on Docket**
**August 13, 2009**

_Bruce A. Markell_

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail:  ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for  Secured Creditor WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS
                        BANK, FSB

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | Bankruptcy Case No. BK-S-09-16677-bam |
| | Chapter 7 |
| ADAM STEWARD AND GAYLLEEN SATO STEWARD, | |
| | WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB'S ORDER |
| Debtor(s). | VACATING AUTOMATIC STAY |
| | Date:   August 4, 2009 |
| | Time:   1:30 P.M. |

A hearing on Secured Creditor Wachovia Mortgage, FSB, fka World Savings Bank, FSB's Motion for Relief From the Automatic Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable Bruce A. Markell.

/./././

1    The court having duly considered the papers and pleadings on file herein and

2 being fully advised thereon and finding cause therefor:

3    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic

4 Stay of Title 11 U.S.C. Section 362 is hereby terminated as it applies to the enforcement by

5 Secured Creditor, of all its rights in the subject property, generally described as 1812 Diamond

6 Bluff Ave, North Las Vegas, Nevada 89084, and legally described as follows:

7

8    LOT SIX (6) IN BLOCK THREE (3) OF EL DORADO NO. 14 R1-60 NO. 9, AS SHOWN BY MAP THEREOF RECORDED ON AUGUST 09,

9    2000 ON FILE IN BOOK 95 OF PLATS, PAGE 90, IN THE OFFICE OF THE COUNTY

10    RECORDER OF CLARK COUNTY, NEVADA.

11

12    APPROVED/DISAPPROVED

13    _____

14    LENARD E. SCHWARTZER
TRUSTEE

15

16

17 /././

18 /././

19 /././

20 /././

21 /././

22 /././

23 /././

24 /././

25 /././

26 /././

27 /././

28 /././

1    ALTERNATIVE METHOD re: RULE 9021:

2    In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3    ☐        The court has waived the requirement of approval under LR 9021.

4    ☐        No parties appeared or filed written objections, and there is no trustee appointed in the

5    case.

6    ☒        I have delivered a copy of this proposed order to all counsel who appeared at the hearing,

7    any unrepresented parties who appeared at the hearing, and any trustee appointed in this case,

8    and each has approved or disapproved the order, or failed to respond, as indicated below [list

9    each party and whether the party has approved, disapproved, or failed to respond to the

10    document]:

11    ☐        Approved. - Debtor(s)/Debtor(s)' Attorney/Trustee

12    ☐        Disapproved. - Debtor(s)/Debtor(s)' Attorney/Trustee

13    ☒        Failed to respond. - Trustee

14                                                                    ###

15    Submitted by:

16    /s/ Eddie R. Jimenez
17    4375 Jutland Drive, Suite 200
      P.O. Box 17933
18    San Diego, CA 92177-0933
      (858) 750-7600
19    NV Bar 10376
      Attorney for WACHOVIA
20    MORTGAGE, FSB, FKA
      WORLD SAVINGS BANK, FSB

21

22

23

24

25

26

27

28